

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jessica M. Laserna*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*jessica.laserna@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 297-2019*

May 8, 2026

**BY ECF**
Hon. Edward S. Kiel, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101



**ORDER**

> **Re:** ***Colin Velazquez v. Bondi, et al.,*** **Civil No. 26-cv-01391**
> **Request for 30-Day Extension of Time to Respond**

Dear Judge Kiel:

This Office represents the Federal Defendants in this mandamus case. I write to respectfully request a 30-day extension of time, until June 10, 2026, to answer, move or otherwise respond to the Complaint. This is the Federal Defendants' first extension request.

Plaintiff filed this action on February 11, 2026. ECF No. 1. In December 2024, U.S. Citizen and Immigration Services ("USCIS") issued Plaintiff a Form I-797 Notice of Action, finding that his I-918 Petition for U Nonimmigrant Status is bona fide and that he warrants a favorable exercise of discretion to receive employment authorization and deferred action. *Id.* at 15. Plaintiff filed this suit to compel USCIS to make a U-visa waitlist determination on his pending I-918 petition. *Id.* ¶ 9.

I respectfully submit that good cause exists to grant this request. I am the sole Assistant U.S. Attorney on two unrelated matters with deadlines that fall on the same day as Federal Defendants' response in this matter. Notably, both of these unrelated matters involve plaintiffs' liberty interests. Two attempts were made today at approximately 4:30 p.m. to obtain consent from Plaintiff's counsel, Caitlin Costello, Esq., but I was unable to establish contact. In light of the impending deadline, the Federal Defendants nevertheless submit this request. If this proposal is acceptable to the Court, we respectfully request that the Court "so order" this letter and have the Clerk's Office file it on the docket.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   *s/ Jessica M. Laserna*
JESSICA M. LASERNA
Assistant United States Attorney
*Attorneys for Respondents*

cc:   Counsel of record (via *electronic filing*)

**So Ordered.**

**_/s/ Edward S. Kiel_**
**Edward S. Kiel, U.S.D.J.**
**Date: May 11, 2026**

2